BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEX AGUILAR-RODIO,<br>  aka Roberto Vasquez-Azueta,<br>  aka Evander Marquez,<br>  aka Rodrigo Gordillo,<br>  aka Leandro Cabrera,<br>  aka Evander Sandoval,<br>  aka Leandro Aguilar-Cabrera,<br><br>Defendant. | CASE NO. 2:14-CR-0058 LKK<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: April 22, 2014<br>TIME: 9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 22, 2014.

2. By this stipulation, defendant now moves to continue the status conference until May 6, 2014, and to exclude time between April 22, 2014, and May 6, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes documents from the defendant's immigration file totaling approximately 199 pages. All

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for defendant desires additional time to review the pending "fast-track" plea offer with his client in light of the final Pre-Plea Presentence Investigation Report filed on April 15, 2014, and the previously provided discovery, and to otherwise prepare for trial. Moreover, defendant's counsel advised the government that when he recently attempted to meet with his client, his client was unavailable due to a medical issue.

      c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 22, 2014 to May 6, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 18, 2014                                    BENJAMIN B. WAGNER
                                                                          United States Attorney


                                                                          /s/ NIRAV K. DESAI
                                                                          NIRAV K. DESAI
                                                                          Assistant United States Attorney


Dated:  April 18, 2014                                    /s/ Matthew Bockmon (as auth.
                                                                          on 4/18/14)
                                                                          MATTHEW BOCKMON, ESQ.
                                                                          Counsel for Defendant
                                                                          Alex Aguilar-Rodio


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 21st day of April,  2014.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3