1  BENJAMIN B. WAGNER
United States Attorney
2  NIRAV K. DESAI
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

5

6  Attorneys for Plaintiff
United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:14-CR-0058 LKK

                    Plaintiff,            ORDER RE: SCHEDULING STATUS
12                                         CONFERENCE AND EXCLUDING TIME UNDER
                    v.                     SPEEDY TRIAL ACT
13
    ALEX AGUILAR-RODIO,                    DATE: May 6, 2014
14    aka Roberto Vasquez-Azueta,          TIME: 9:15 a.m.
      aka Evander Marquez,                 COURT: Hon. Lawrence K. Karlton
15    aka Rodrigo Gordillo,
      aka Leandro Cabrera,
16    aka Evander Sandoval,
      aka Leandro Aguilar-Cabrera,
17
                    Defendant.
18

19

20        On May 6, 2014, the Court held a status conference in this case.  Assistant United States

21  Attorney Josh Sigal appeared on behalf of plaintiff, the United States of America, standing in for

22  Assistant United States Attorney Nirav Desai.  Assistant Federal Defender Matthew Bockmon appeared

23  with defendant Alex Aguilar-Rodio, who was present and in custody.

24        This Court granted the defendant's request for new counsel, relieved AFD Bockmon, and set the

25  matter for a status of counsel hearing for May 13, 2014, at 9:15 a.m.

26        Having found that the ends of justice served by continuing the case as requested outweigh the

27  interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial

28  Act, the Court therefore excluded time from May 6, 2014, to, and including, May 13, 2014, from

    [PROPOSED] ORDER RE: SCHEDULING STATUS          1
    CONFERENCE AND EXCLUDING TIME

1  computation of time within which the trial of this matter must be commenced, pursuant to Local

2  Code T4.

3  Dated: May 8, 2014

4

5

6  LAWRENCE K. KARLTON
   SENIOR JUDGE
7  UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE: SCHEDULING STATUS
CONFERENCE AND EXCLUDING TIME