Dina L. Santos, SBN 204200
A Professional Law Corp.
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorneys for:
ALEX AGUILAR-RODIO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ALEX AGUILAR-RODIO,<br>　　　　　　　　　Defendant. | CASE NO. 14-0058 JAM<br><br>STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE AND J&S TO 10/7/14 |

**STIPULATION**

1.　　It is hereby stipulated by and between Assistant United States Attorney NIRAV DESAI, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant ALEX AGUILAR-RODIO, that the current date scheduled for September 9, 2014, be vacated and the matter be continued to this Court's criminal calendar on October 7, 2014, at 9:30 a.m. for judgment and sentencing.

　　　　IT IS SO STIPULATED.

Stip. & Order Continuing J&S　　　　　　　　　1

Dated:  September 5, 2014                     BENJAMIN B. WAGNER
                                              United States Attorney

                                              /s/ Nirav Desai
                                              NIRAV DESAI
                                              Assistant United States Attorney

Dated:  September 5, 2014                     /s/   Dina L. Santos
                                              DINA SANTOS, ESQ.
                                              Attorney Alex Aguilar-Rodio

**ORDER**

IT IS SO FOUND AND ORDERED this 5th day of September, 2014

                                              /s/ John A. Mendez
                                              United States District Judge

Stip. & Order Continuing J&S                 2